1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8      **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,            )
12                                        )
                          Plaintiff,      )     CASE NO. CR-08-013074-PA
13                                        )
                          v.              )     ORDER OF DETENTION AFTER
14                                        )     HEARING (Fed.R.Cim.P. 32.1(a)(6)
     SEAN LAMONT WYATT,                   )     18 U.S.C. § 3143(a) Allegations of
15                                        )     Violations of Probation/Supervised
                          Defendant.      )     Release Conditions)
16   _____ )

17

18        On arrest warrant issued by the United States District Court for the

     _Central District of California_ involving alleged violations of conditions of
19
     probation/supervised release:
20
21        1.  The court finds that no condition or combination of conditions will

22            reasonably assure:

23            A.  (✓)  the appearance of defendant as required; and/or

24            B.  (  )  the safety of any person or the community.

25        2.  The Court concludes:

26            A.  (  )  Defendant has failed to demonstrate by clear and convincing

27                     evidence that he is not likely to pose a risk to the safety of any

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: *nature of the offenses; unverified background; no bail resources; violations of supervised release*

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: May 16, 2018

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE